INVOICE NO. **290890**

**Invoice**

| BILL TO | Schulten + Warz | SERVICE PERFORMED AT | Firehouse Legal |
|---|---|---|---|

| CUSTOMER ORDER NO. | SOLD BY | TERMS | DATE |
|---|---|---|---|
| R. Johnson | Dean | Due Upon Rec | 7/2/24 |

| Date | Description | Amount |
|---|---|---|
| 7/1/24 | Gerresheimer – Hwy 74 South – Attempt | 150 00 |
| 7/2/24 | Gerresheimer – Hwy 74 South – Served | 150 00 |

Total **$300 00**

01-11

adams NCT8745

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| RHIANNON JOHNSON | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:24-cv-2798 |
| GERRESHEIMER PEACHTREE CITY (U.S.A.), L.P. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GERRESHEIMER PEACHTREE CITY (U.S.A.), L.P.
c/o Fred Howery, Reg. Agent
650 Highway 74 South
Peachtree City, GA 30269

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dean R. Fuchs
Schulten Ward Turner & Weiss, LLP
260 Peachtree Street, NW, Ste. 2700
Atlanta, GA 30303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



KEVIN P. WEIMER
*CLERK OF COURT*

Date:   06/25/2024

s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gerresheimer Peachtree City (U.S.A), L.P
was received by me on *(date)* 6/27/24.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Fred Howery , who is
designated by law to accept service of process on behalf of *(name of organization)* Gerresheimer
Peachtree City (U.S.A), L.P on *(date)* 7/2/24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/2/24

Server's signature

Wiley D. Hindley Process Server
Printed name and title

1271 Avondale Ave
Atlanta GA 30312
Server's address

Additional information regarding attempted service, etc: